**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:  DISCLOSURE OF PRESENTENCE
REPORTS IN CONNECTION WITH                          CASE NO.: 4:95mc40111
SENTENCING GUIDELINES AMENDMENT 750

_____/

**GENERAL ADMINISTRATIVE ORDER AUTHORIZING DISCLOSURE
OF PRESENTENCE REPORTS IN CONNECTION WITH
SENTENCING GUIDELINES AMENDMENT 750**

For any defendant who is or may be eligible for a sentence reduction under United States Sentencing Guidelines Amendment 750, the probation office is authorized to provide a copy of the presentence report to the attorney for the government, for purposes of a public safety analysis, subject to restrictions on use and copying analogous to those that apply in original criminal proceedings.  To the extent an attorney of record for the defendant (including the federal defender's office) requests a copy of the presentence report from the probation office for use in connection with Amendment 750, such request should be made to the presiding judge for authorization.

**SO ORDERED** this 4th day of October, 2011.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**