**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA**

IN RE:  PRO HAC VICE ATTORNEY                     4:95-mc-40111
        ADMISSION FEE

_____/

Northern District of Florida Local Rule 11.1(C)(2) allows for *pro hac vice* admissions to coincide with admission requirements for regularly admitted attorneys, including allowing attorneys admitted *pro hac vice* to remain as a member of the bar of this district after their original case has concluded. As a result of this continued admission status, the *pro hac vice* admission fee tracks the application fee for attorneys seeking general admission to the bar of this district. The Judicial Conference recently approved recommended increases to the miscellaneous fee schedule for district courts, pursuant to 28 U.S.C. § 1914. The new fee schedule, which becomes effective November 1, 2011, includes a Twenty-Six Dollar ($26) increase of the attorney admission fee. Therefore, consistent with the national increase to the court's fee schedules, effective this date, the Clerk is hereby directed to collect from attorneys requesting permission to appear *pro hac vice* an admission fee in the amount of One Hundred Ninety-Six Dollars ($196), payable to the Clerk of this Court.

The One Hundred Ninety-Six Dollars ($196) *pro hac vice* fee shall be submitted in accordance with Local Rule 11.1(C)(2), and shall be collected for, and remitted by the Clerk, to the Federal Bench and Bar Fund of the district.

DONE AND ORDERED this 1st day of November, 2011.

              s/ *M. Casey Rodgers*
              **M. CASEY RODGERS
              CHIEF UNITED STATES DISTRICT JUDGE**