IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:   Reassignment of Pending Cases          4:95mc40111
         to Magistrate Judge
_____/

## ADMINISTRATIVE ORDER

Pursuant to the Local Rules of this Court and all previous standing orders, all cases on the attached list are hereby reassigned to Magistrate Judge Miles Davis. The clerk shall place a copy of this order and attachment in each file, and refer the file to Magistrate Judge Davis.

DONE AND ORDERED this 24th day of May, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

**4:09cv163 SPM/CAS Stanley v. McNeil**

**4:09cv164 SPM/CAS Stanley v. McNeil**

**4:09cv387 SPM/CAS Rembert v. McNeil**

**4:09cv496 MP/CAS Jones v. McNeil**

**1:11cv197 SPM/GRJ Allen v. Astrue**

**1:09cv183 MP/GRJ Solomon v. Astrue**