IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE: ASSIGNMENT OF CIVIL AND CRIMINAL CASES          4:95mc40111

## ORDER AMENDING CASE ASSIGNMENTS

In order to promote an equitable assignment of cases among the judges of the district, it is hereby ORDERED that the Clerk of Court, effective December 12, 2012, implement the following assignment system.

## DISTRICT-WIDE

All 2255 motions filed in criminal cases shall be opened by the Clerk as civil cases under code 510 and assigned only to the district judge to whom the criminal case is currently assigned.

Death penalty cases shall be assigned only to the _active_ judges of the court on a random basis, but otherwise as set out in the Administrative Order dated December 30, 1999, *Guidelines for Filing and Assignment of Habeas Corpus Death Penalty Cases.*

## PENSACOLA DIVISION

Criminal cases shall be assigned on a random basis:
- 49% to Judge M. Casey Rodgers
- 25% to Senior Judge Roger Vinson
- 26% to Senior Judge Lacey A. Collier

Prisoner (530, 540, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
- 37% to Judge M. Casey Rodgers
- 19% to Senior Judge Roger Vinson
- 38% to Senior Judge Lacey A. Collier
- 6% to Senior Judge William Stafford

All other civil cases shall be assigned on a random basis:
- 63% to Judge M. Casey Rodgers
- 13% to Senior Judge Roger Vinson
- 14% to Judge Richard Smoak
- 10% to Senior Judge William Stafford

## PANAMA CITY DIVISION

Criminal cases shall be assigned on a random basis:
100% to Judge Richard Smoak

Prisoner (530, 540, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
46% to Judge Richard Smoak
51% to Senior Judge Stephan P. Mickle
3% to Senior Judge William Stafford

All other civil cases shall be assigned on a random basis:
100% to Judge Richard Smoak

## GAINESVILLE DIVISION

Criminal cases shall be assigned on a random basis:
61% to Judge Mark E. Walker
27% to Senior Judge Stephan P. Mickle
12% to Senior Judge Maurice M. Paul

Prisoner (530, 540, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
74% to Senior Judge Maurice M. Paul
26% to Judge Stephan P. Mickle

All other civil cases shall be assigned on a random basis:
49% to Judge Mark E. Walker
45% to Senior Judge Stephan P. Mickle
6% to Senior Judge Maurice M. Paul

## TALLAHASSEE DIVISION

Criminal cases shall be assigned on a random basis:
67% to Judge Robert L. Hinkle
33% to Judge Mark E. Walker

Prisoner (530, 540, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
>    40% to Judge Robert L. Hinkle
>    40% to Judge Mark E. Walker
>    20% to Senior Judge William Stafford

All other civil cases shall be assigned on a random basis:
>    57% to Judge Robert L. Hinkle
>    38% to Judge Mark E. Walker
>    5% to Senior Judge William Stafford

This order is entered with the concurrence of all District Judges for the Northern District of Florida.

DONE AND ORDERED this 12th day of December 2012, at Pensacola, Florida.

*M. Casey Rodgers*
M. Casey Rodgers
Chief United States District Judge