IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:   REASSIGNMENT OF PENDING   CASE NO. 4:95mc40111
         CIVIL CASES
_____/

## ADMINISTRATIVE ORDER

In order to effect an equitable allocation of the cases assigned, it is hereby ORDERED that the Clerk shall reassign the following cases as indicated:

CASES REASSIGNED TO MAGISTRATE JUDGE ELIZABETH M. TIMOTHY

    4:10cv356-WS   -   WELLS v. UNITED STATES

    4:10cv401-RH   -   ONUGHA V. UNITED STATES

    4:10cv383-RH   -   STEURER v. TUCKER

CASES REASSIGNED TO MAGISTRATE JUDGE CHARLES J. KAHN, JR.

    4:10cv352-MP   -   DENSON v. BUSS

The Clerk is directed to file a copy of this order in each case and refer the cases accordingly. The originally assigned district judge and division for each case shall remain the same. This order is entered with the concurrence of Magistrate Judge Stampelos and all judges receiving the reassigned cases.

**DONE and ORDERED** this 3rd day of April 2013.

                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**