# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE: ASSIGNMENT OF CIVIL AND CRIMINAL CASES TO MAGISTRATE JUDGES

Case No. 4:95mc40111

_____/

## ORDER AMENDING CASE ASSIGNMENT

In order to promote an equitable distribution of cases among the magistrate judges of this district, effective April 3, 2020, the clerk of court is hereby directed to assign cases as indicated below.

### GAINESVILLE DIVISION

Prisoner (NOS 510) civil cases shall be referred on a random basis:

    100% to Magistrate Judge Gary R. Jones

Prisoner (NOS 540, 560) civil cases shall be referred on a random basis:

    100% to Magistrate Judge Gary R. Jones

Prisoner (NOS 550, 555) civil cases shall be referred on a random basis:

    100% to Magistrate Judge Gary R. Jones

Habeas Corpus- General (NOS 530) cases shall be referred on a random basis:

    100% to Magistrate Judge Gary R. Jones

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred on a random basis to:

    100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred on a random basis:

    20% to Magistrate Judge Gary R. Jones

    20% to Chief Magistrate Judge Elizabeth M. Timothy

    20% to Magistrate Judge Hope T. Cannon

    20% to Magistrate Judge Martin A. Fitzpatrick

    20% to Magistrate Judge Michael J. Frank

All other civil cases shall be referred on a random basis to:

    100% to Magistrate Judge Gary R. Jones

All criminal cases shall be referred on a random basis to:

    100% to Magistrate Judge Gary R. Jones

## PANAMA CITY DIVISION

Prisoner (NOS 510) civil cases shall be referred on a random basis:

    100% to Magistrate Judge Michael J. Frank

Prisoner (NOS 540, 560) civil cases shall be referred on a random basis:

    100% to Magistrate Judge Michael J. Frank

Prisoner (NOS 550, 555) civil cases shall be referred on a random basis:

    100% to Magistrate Judge Michael J. Frank

Habeas Corpus- General (NOS 530) cases shall be referred on a random basis:

    25% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred on a random basis to:

    100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred on a random basis:

    25% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

All other civil cases shall be referred on a random basis to:

    100% to Magistrate Judge Michael J. Frank

All criminal cases shall be referred on a random basis to:

    100% to Magistrate Judge Michael J. Frank

## PENSACOLA DIVISION

Prisoner (NOS 510) civil cases shall be referred on a random basis:

    70% to Chief Magistrate Judge Elizabeth M. Timothy

    30% to Magistrate Judge Hope T. Cannon

Prisoner (NOS 540, 560) civil cases shall be referred on a random basis:

    50% to Chief Magistrate Judge Elizabeth M. Timothy

    50% to Magistrate Judge Hope T. Cannon

Prisoner (NOS 550, 555) civil cases shall be referred on a random basis:

    75% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

Habeas Corpus- General (NOS 530) cases shall be referred on a random basis:

    25% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred on a random basis to:

    100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred on a random basis:

    25% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

All other civil cases shall be referred on a random basis to:

 45% to Chief Magistrate Judge Elizabeth M. Timothy

 45% to Magistrate Judge Hope T. Cannon

 10% to Magistrate Judge Michael J. Frank

All criminal cases shall be referred on a random basis to:

 50% to Chief Magistrate Judge Elizabeth M. Timothy

 50% to Magistrate Judge Hope T. Cannon

## TALLAHASSEE DIVISION

Prisoner (NOS 510) civil cases shall be referred on a random basis:

 65% to Magistrate Judge Martin A. Fitzpatrick

 35% to Magistrate Judge Hope T. Cannon

Prisoner (NOS 540, 560) civil cases shall be referred on a random basis:

 100% to Magistrate Judge Martin A. Fitzpatrick

Prisoner (NOS 550, 555) civil cases shall be referred on a random basis:

 60% to Magistrate Judge Martin A. Fitzpatrick

 40% to Magistrate Judge Hope T. Cannon

Habeas Corpus- General (NOS 530) cases shall be referred on a random basis:

    25% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred on a random basis to:

    100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred on a random basis to:

    25% to Chief Magistrate Judge Elizabeth M. Timothy

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

All other civil shall be referred on a random basis to:

    75% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Michael J. Frank

All criminal cases shall be referred on a random basis to:

    100% to Magistrate Judge Martin A. Fitzpatrick

Upon the reopening of any case assigned to a magistrate judge who is no longer receiving cases, the clerk of court is directed to reassign the case on a random basis in accordance with the assignment provisions stated above.

**DONE AND ORDERED** this 3rd day of April, 2020.

                                         <u>s/ Mark E. Walker                              </u>
                                         **Chief United States District Judge**