UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:   COURT OPERATIONS         Case No.  4:95mc40111
UNDER THE EXIGENT
CIRCUMSTANCES
CREATED BY COVID-19
_____/

## ADMINISTRATIVE ORDER

The Centers for Disease Control and Prevention have warned of the threat represented by the outbreak and spread of coronavirus (COVID-19) in the United States.  The World Health Organization labelled COVID-19 a global pandemic and the President of the United States and Florida Governor Ron DeSantis have declared a public health emergency throughout the United States and the State of Florida, respectively.  According to these and other public health experts, social distancing measures are the most effective way to combat the rapid spread of COVID-19 and prevent illness.

In consideration of the serious health crisis facing the nation and the State of Florida from COVID-19 and in an effort to maintain the orderly administration of justice, the Court finds it necessary and in the interest of public safety and justice to take proactive measures to slow the spread of the virus and protect the health and

safety of litigants, counsel, Court staff, grand jurors, petit jurors, witnesses, and the public by extending the cancellation of naturalization ceremonies through the end of May, 2020.

The Court recognizes that this situation continues to evolve and will issue additional Administrative Orders as necessary based on recommendations from other federal and state government and health officials.

**DONE AND ORDERED** this  27<u>th</u> day of April, 2020.

<u>s/ **Mark E. Walker**</u>
**Chief United States District Judge**